New Way Med. Supply Corp. v Lancer Ins. Co. (2021 NY Slip Op
50486(U))

[*1]

New Way Med. Supply Corp. v Lancer Ins. Co.

2021 NY Slip Op 50486(U) [71 Misc 3d 140(A)]

Decided on May 21, 2021

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on May 21, 2021
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., WAVNY TOUSSAINT, DONNA-MARIE E.
GOLIA, JJ

2018-2506 K C

New Way Medical Supply Corp., as
Assignee of Mondestin, Liliane, Respondent,
against
Lancer Insurance Co., Appellant. 

Hollander Legal Group, P.C. (Allan Hollander of counsel), for appellant.
The Rybak Firm, PLLC (Damin J. Toell of counsel), for respondent.

Appeal from a judgment of the Civil Court of the City of New York, Kings County (Louis L.
Nock, J.), entered March 12, 2018. The judgment, entered pursuant to a decision of that court
dated November 16, 2017, after a nonjury trial, awarded plaintiff the principal sum of
$3,048.40.

ORDERED that, on the court's own motion, the notice of appeal from the decision dated
November 16, 2017 is deemed a premature notice of appeal from the judgment entered March
12, 2018 (see CPLR 5520 [c]); and it is further,
ORDERED that the judgment is reversed, with $30 costs, and the matter is remitted to the
Civil Court for the entry of a judgment in favor of defendant dismissing the complaint.
In this action by a provider to recover assigned first-party no-fault benefits, defendant
appeals from a judgment, after a nonjury trial, awarding plaintiff the principal sum of
$3,048.40.
For the reasons stated in JCC Med. P.C., as Assignee of Damis, Magalie v Lancer Ins.
Co. (___ Misc 3d ___, 2021 NY Slip Op ______ [appeal No. 2018-2503 K C], decided
herewith), the judgment is reversed and the matter is remitted to the Civil Court for the entry of a
judgment in favor of defendant dismissing the complaint.
ALIOTTA, P.J., TOUSSAINT and GOLIA, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: May 21, 2021